IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**HEIDY MOREDA-MARRERO**; and
**MARIO MAGALLON-HIDALGO**,

*Petitioners*,

v. Case No. 2:26-cv-03597-BCL-tmp

**CHRISTOPHER BULLOCK**, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement,

*Respondent*.

---

## ORDER FOR RESPONSE

---

Petitioners filed a joint petition for a writ of habeas corpus, Doc. 1, as well as a motion for temporary restraining order to stay transfer pending the outcome of the petition. Doc. 2. The Clerk **SHALL** send a copy of the Petition in this case to counsel for the Respondent at jason.martin3@usdoj.gov and file a Notice stating when that is done. Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Respondent notice and an opportunity to be heard given the potentially expedited nature of these proceedings.

Respondent is **ORDERED** to file a response to the Temporary Restraining Order by **November 24, 2026**. In the alternative, Respondent **MAY** file by **November 24, 2026** a short statement committing that the Respondent will not move Petitioners out of the jurisdiction during the pendency of the Petition, or that it will return them to this jurisdiction promptly following any proceedings not directly related to this Petition or issues of bond and detention.

If Respondents represent in a filing that they will not remove Petitioners until these proceedings have run their course or will promptly return them following any unrelated proceedings, they may have until **November 30, 2026** to fully respond to the merits of Petitioners' arguments. If not, any substantive response should be included in the **November 24, 2026** filing and should address the propriety of a joint petition. Petitioners may have **three (3) days** from the date of Respondent's substantive filing in which to reply.

**IT IS SO ORDERED**, this 23rd day of November, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE